**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

**In Re:**

| | |
|---|---|
| **REBECCA LYNN GREENE** | Case No. 18-40193 |
| SSN: xxx-xx-7214 | Chapter 7 |
| 248 Jack McKinney Road | |
| Forest City, NC 28043 | |
| f.k.a. Rebecca Lynn Rupert | |
| f.d.b.a. Becky's Kountry Kitchen | |
| | |
| **Debtor.** | |

**APPLICATION FOR FINAL COMPENSATION**
**OF ATTORNEY FOR TRUSTEE**

Frederick L. Henderson Jr., of the firm of Sigmon & Henderson PLLC, respectfully represents:

1. That as of May 30, 2019, Movant was appointed counsel for the Trustee herein and thereafter has performed certain services for the Trustee and the estate of the debtor(s).

2. Movant has rendered valuable services as attorney for the Trustee in the administration of this Chapter 7 case in negotiating with various creditors, preparing the necessary documents, and general attending to the legal matters raised under this proceeding. A complete schedule of these services is attached hereto.

3. The professionals/paraprofessionals included in this Application are:

| Name | Title | Hourly Rate | Hours |
|---|---|---|---|
| Frederick Henderson | Attorney | $300.00 | 3.90 |
| Becky Huffstetler | Staff | $75.00 | 0.35 |
| Trustee time | --- | n/a | 2.90 |

4. Movant has been made no prior fee applications in this case.

WHEREFORE, Movant respectfully prays the Court that a fee in the amount of $1,196.25 be approved for payment to the Movant as a Chapter 7 Administrative Claim.

Dated: 10/8/2019                /s/ Frederick L. Henderson Jr.
                                Frederick L. Henderson Jr., Movant
                                Sigmon & Henderson PLLC
                                518 South New Hope Road
                                Gastonia, North Carolina  28054
                                (704) 865-6265

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service or by the Court's Electronic Case Filing system this the 8th day of October, 2019.

                                             /s/ Frederick L. Henderson Jr.
                                             Frederick L. Henderson Jr., Attorney

VIA ECF:

| | |
|---|---|
| Shelley Abel | Caleb J. Farmer |
| Bankruptcy Administrator | Attorney for the Debtor |

Printed: 08/22/19 04:05 PM

# Timesheet Report

Page: 1

**Trustee: Frederick L. Henderson (530430)**

**Period: 05/17/19 - 08/22/19**

| **Case Number:** 18-40193 | | | **Case Name:** REBECCA LYNN GREENE | | |
|---|---|---|---|---|---|
| **Case Type:** Asset | | | **Judge:** CRAIG J. WHITLEY | | |

| **Name** | **Category** | **Date** | **Description** | **Hours/Unit** | **Total** |
|---|---|---|---|---|---|
| Huffstetler, Becky, Other | CASE ADMINISTRATION | 05/30/19 | updating attorney timesheet | 0.35 | $26.25 |
| | **Subtotal for Name: Huffstetler, Becky, Other** | | | **0.35** | **$26.25** |

Printed: 08/22/19 04:05 PM

# Timesheet Report

Page: 2

**Trustee: Frederick L. Henderson (530430)**

**Period: 05/17/19 - 08/22/19**

| Name | Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| Derick Henderson Trustee, Other | ASSET ANALYSIS / RECOVERY | 05/17/19 | 5/17/19: emailed Forrester to inquire as to interest in purchasing mineral rights and whether any royalties are due estate (T .25 hr.) | 0.25 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 05/20/19 | 5/20/19: mailed letter to Forrester as well re: interested in buying mineral rights (T .2 hr.) | 0.20 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 05/21/19 | 5/21/19: Forrester offered $3500; per KJ advice, emailed panel trustee near the county to get idea of how to value this thing to see if good offer; in any even, not worth cost of administration I think if sale for less than $8000.00; PA trustee responded with details of rates such interests are selling at . . . counter-offered Forrester for $9000 minimum (T . 5 hr.) | 0.50 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 05/22/19 | 5/22/19: Forrester accepted 9000 sales price; filed request for notice of possible dividends (T .2 hr.) | 0.20 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 06/25/19 | 6/25/19: order on sale to BH for service; emailed copy to Forester and informed I will execute and send deed upon receipt of purchase money (T .25 hr.) | 0.25 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 06/27/19 | 6/27/19: buyer provided FedEx tracking number for purchase money check; M. Bowers confirmed no tax return needed for such a sale (T .2 hr.) | 0.20 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 07/01/19 | 7/1/19: received and deposited sale proceeds (T .25 hr.) | 0.25 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 07/02/19 | 7/2/19: confirmed check cleared, filed report of sale, mailed deed to buyer (T .35 hr.) | 0.35 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 07/17/19 | 7/17/19: further review of claims, matched to schedules, three so far, no objections (T .2 hr.) | 0.20 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 08/05/19 | 8/5/19: claim 4 filed, reviewed, no objection (T .2 hr.) | 0.20 | $0.00 |

Printed: 08/22/19 04:05 PM                         **Timesheet Report**                                     Page: 3

**Trustee: Frederick L. Henderson (530430)**

**Period: 05/17/19 - 08/22/19**

| **Name** | **Category** | **Date** | **Description** | **Hours/Unit** | **Total** |
|---|---|---|---|---:|---:|
| | ASSET ANALYSIS / RECOVERY | 08/06/19 | 8/6/19: IRS claim 5 filed, reviewed, no objection (T .1 hr.) | 0.10 | $0.00 |
| | ASSET ANALYSIS / RECOVERY | 08/21/19 | claim 6 reviewed, no objection | 0.20 | $0.00 |
| | **Subtotal for Name: Derick Henderson Trustee, Other** | | | **2.90** | **$0.00** |

Printed: 08/22/19 04:05 PM

# Timesheet Report

### Trustee: Frederick L. Henderson (530430)

### Period: 05/17/19 - 08/22/19

Page: 4

| Name | Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| Derick Henderson Attorney, Other | ASSET ANALYSIS / RECOVERY | 05/29/19 | 5/29/19: drafted and filed/submitted motion/order employ S&H; drafted motion sell mineral rights, emailed buyer with questions for final revisions for draft (1.25 hr.) | 1.25 | $375.00 |
| | ASSET ANALYSIS / RECOVERY | 05/30/19 | 5/30/19: after confirming final details and draft motion with buyer, filed motion to sell mineral interest; to BH for service (.25 hr.) | 0.25 | $75.00 |
| | ASSET ANALYSIS / RECOVERY | 07/01/19 | 7/1/19: final review of deed, executed for delivery upon check clearing; prepared report of sale (.4 hr.) | 0.40 | $120.00 |
| | ASSET ANALYSIS / RECOVERY | 08/22/19 | preparing final report documents | 1.00 | $300.00 |
| | ASSET ANALYSIS / RECOVERY | 08/22/19 | (est) for closing up estate | 1.00 | $300.00 |
| **Subtotal for Name: Derick Henderson Attorney, Other** | | | | **3.90** | **$1,170.00** |
| | | | **Total for case:** | **7.15** | **$1,196.25** |
| | | | **Grand Total:** | **7.15** | **$1,196.25** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| In re: GREENE, REBECCA LYNN | § § § § | Case No. 18-40193 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frederick L. Henderson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Western District of North Carolina

Shelby Division

401 W Trade Street, Room 111

Charlotte, NC 28202

If any party desires to object to the closing of this estate as set forth above, and the disbursements as set forth above that such objection party must file, a written objection with the Court within 30 days from the date of this Notice. A copy of the objection must be served upon the Trustee at the address stated below and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion to which the response is directed, and it shall comply fully with Local Bankruptcy Rule 310(a)(8).

If no such written objection(s) are filed within 30 days, no hearing will be held and the Court will rule upon the Trustee's Final Report and Motions based on the record before it. If an objection is timely filed and served, the Court will conduct a hearing on 11/15/2019, at 10:30 AM, at the Cleveland County Courthouse Courthouse, 100 Justice Place, Shelby, NC 28150.
No further notice will be given.

Date: 10/8/2019                                By: /s/ Frederick L. Henderson
                                                                    Trustee

Frederick L. Henderson
Sigmon & Henderson, PLLC.
518 S. New Hope Road
Gastonia, NC 28054
(704) 865-6265

**USBA Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In re: GREENE, REBECCA LYNN § Case No. 18-40193
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of:* | $ 9,000.00 |
| *and approved disbursements of:* | $ 0.00 |
| *leaving a balance on hand of[1]:* | $ 9,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Frederick L. Henderson | 1,650.00 | 0.00 | 1,650.00 |
| Trustee, Expenses - Frederick L. Henderson | 186.70 | 0.00 | 186.70 |
| Attorney for Trustee Fees - Sigmon & Henderson PLLC | 1,196.25 | 0.00 | 1,196.25 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 3,032.95 |
| Remaining balance: | $ 5,967.05 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**USBA Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,967.05 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,039.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Internal Revenue Service | 3,039.49 | 0.00 | 3,039.49 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 3,039.49 |
| Remaining balance: | $ | 2,927.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,744.27 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nelnet | 2,351.24 | 0.00 | 1,020.63 |
| 2 | Capital One Bank (USA), N.A. | 669.38 | 0.00 | 290.57 |
| 3 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. JPMC c/o National Bankruptcy Services, LLC | 2,256.19 | 0.00 | 979.37 |
| 4 | MIDLAND FUNDING LLC | 578.40 | 0.00 | 251.07 |
| 6 | Directv, LLC by American InfoSource as agent | 889.06 | 0.00 | 385.92 |

**USBA Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 2,927.56 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**USBA Form 101-7-NFR (10/1/2010)**

                                        Prepared By: /s/ Frederick L. Henderson
                                                        Trustee

Frederick L. Henderson
518 S. New Hope Road
Gastonia, NC 28054
(704) 865-6265
derickh@siglaw.com

**USBA Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

**In Re:**

| | |
|---|---|
| **REBECCA LYNN GREENE** | Case No. 18-40193 |
| SSN: xxx-xx-7214 | Chapter 7 |
| **248 Jack McKinney Road** | |
| **Forest City, NC 28043** | |
| **f.k.a. Rebecca Lynn Rupert** | |
| **f.d.b.a. Becky's Kountry Kitchen** | |
| | |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the TRUSTEE'S NOTICE OF FINAL REPORT AND APPLICATIONS FOR COMPENSATION was served upon the other parties to this action by depositing a copy of same, enclosed in a first-class postage paid envelope, properly addressed to the parties shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service or by the Court's Electronic Case Filing system this the 8th day of October, 2019.

/s/ Frederick L. Henderson Jr.
Frederick L. Henderson Jr., Attorney

To all on the Clerk's Mailing Matrix, attached.

VIA ECF:

Shelley Abel  Caleb J. Farmer
Bankruptcy Administrator  Attorney for the Debtor

```
Label Matrix for local noticing          AT&T                                      AT&T
0419-4                                    c/o Bankruptcy                           dba DirecTV
Case 18-40193                             4331 Communications Drive, Floor 4W      c/o Bankruptcy
Western District of North Carolina        Dallas, TX 75211-1300                    4331 Communications Drive, Floor 4W
Shelby                                                                             Dallas, TX 75211-1300
Tue Oct  8 13:42:33 EDT 2019

AllianceOne Receivables Management, Inc.  (p)BANK OF AMERICA                       Buildings 'R' Us
4850 East Street Road, Suite 300          PO BOX 982238                            221 Daniel Road
Trevose, PA 19053-6643                    EL PASO TX 79998-2238                    Forest City, NC 28043-9186


Bull City Financial Solutions, Inc.       CBE Companies                            Capital One
2609 North Duke Street, Suite 500         CBE Group                                Attn: Bankruptcy Claims Servicer
Durham, NC 27704-0015                     PO Box 126                               PO Box 30281
                                          Waterloo, IA 50704-0126                  Salt Lake City, UT 84130-0281


Capital One Bank (USA), N.A.              Charter Communications                   Chesnee Communications, Inc.
4515 N Santa Fe Ave                       DBA Spectrum                             208 South Alabama Avenue
Oklahoma City, OK 73118-7901              400 Atlantic Street, 10th Floor          PO Box 430
                                          Stamford, CT 06901-3533                  Chesnee, SC 29323-0430


Chrysler Capital                          Citigroup, Inc.                          Commonwealth Financial Systems, Inc.
PO Box 961275                             CitiCard                                 245 Main Street
Fort Worth, TX 76161-0275                 PO Box 6500                              Dickson City, PA 18519-1641
                                          Sioux Falls, SD 57117-6500


Credence Resource Management, LLC         Credit One Bank, N.A.                    Directv, LLC by American InfoSource as agent
17000 Dallas Parkway, Suite 204           PO Box 98873                             4515 N Santa Fe Ave
Dallas, TX 75248-1940                     Las Vegas, NV 89193-8873                 Oklahoma City, OK 73118-7901


Diversified Consultants, Inc.             EGS Financial Care, Inc.                 Caleb J Farmer
10550 Deerwood Park Boulevard, Suite 309  400 Horsham Road, Suite 130              Farmer & Morris Law, PLLC
Jacksonville, FL 32256-2805               Horsham, PA 19044-2147                   P.O. Box 632
                                                                                   Rutherfordton, NC 28139-0632


Genesis Financial Solutions, Inc.         Granada Emergency Physicians             Rebecca Lynn Greene
Card Services                             PO Box 41752                             248 Jack McKinney Road
PO Box 4485                               Philadelphia, PA 19101-1752              Forest City, NC 28043-7401
Beaverton, OR 97076-4485


Harley-Davidson Financial Services        Frederick L Henderson Jr.                Frederick L. Henderson
ATTN:  Rider Services                     Sigmon & Henderson, PLLC                 Sigmon & Henderson, PLLC
PO Box 22048                              518 S. New Hope Rd.                      518 S. New Hope Rd.
Carson City, NV 89721-2048                Gastonia, NC 28054-4039                  Gastonia, NC 28054-4039


Hendersonville Radiological               Historical Resources, LLC                Home Opportunity, LLC
Consultants, PA                           330 Rayford Road, Unit 161               4568 Mayfield Road, Suite 204
807 North Justice Street                  Spring, TX 77386-1980                    Cleveland, OH 44121-4050
Hendersonville, NC 28791-3409
```

| | | |
|---|---|---|
| Home Opportunity, LLC<br>700 Central Expressway South<br>Allen, TX 75013-8098 | Home Solutions Partners III REO, LLC<br>PO Box 1996<br>Irmo, SC 29063-1996 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>JPMC<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Keith Carver<br>633 Horn Bottom Road<br>Forest City, NC 28043-7676 | Kenneth Davis<br>523 West Fernwood Drive<br>Toronto, OH 43964-1922 | Kenneth Davis<br>800 North Court Street<br>Steubenville, OH 43952-1801 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Med Shield, Inc.<br>2424 East 55th Street<br>Indianapolis, IN 46220-3679 | Mission Health<br>Mission Hospital<br>50 Schenck Parkway<br>Asheville, NC 28803-3499 |
| Mission Health<br>The McDowell Hospital<br>509 Biltmore Avenue<br>Asheville, NC 28801-4601 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Nelnet<br>121 South 13th Street Suite 201<br>Lincoln NE 68508-1922 |
| Nelnet, Inc.<br>Nelnet Loan Servicing<br>PO Box 82561<br>Lincoln, NE 68501-2561 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | RTO National, LLC<br>PO Box 9759<br>Greenville, SC 29604-9310 |
| Rebecca Schnorr<br>171 Ridings Drive<br>Inman, SC 29349-7378 | Rebecca Schnorr<br>180 Ridings Drive<br>Inman, SC 29349-8802 | Rutherford County Revenue Department<br>PO Box 143<br>Rutherfordton, NC 28139-0143 |
| Sandra Edwards<br>171 Ridings Drive<br>Inman, SC 29349-7378 | Sandra Edwards<br>526 Mountain View Road<br>Boiling Springs, SC 29316-5863 | Security National Master Holding Co.,LLC<br>SN Servicing Corporation<br>13702 Coursey Boulevard, Building 2<br>Baton Rouge, LA 70817-1396 |
| South Carolina Department of Revenue<br>PO Box 12265<br>Columbia, SC 29211-2265 | Sunrise Credit Services, Inc.<br>260 Airport Plaza<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | Synchrony Bank<br>ATTN:  Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Administrator Office<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1673 | UNC Health Care<br>Pardee Hospital<br>800 North Justice Street<br>Hendersonville, NC 28791-3518 |

United States Attorney
Federal Courthouse Rm. 233
100 Otis Street
Asheville, NC 28801-2608

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX 79998-2238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)North Carolina Department of Revenue<br>Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | (u)Sigmon & Henderson, PLLC | End of Label Matrix<br>Mailable recipients    60<br>Bypassed recipients     2<br>Total                  62 |